PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ANTONIO BARRAZA BAZUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00420-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |
| ANTONIO BARRAZA BAZUA, | |
| Defendant. | |

Defendant, ANTONIO BARRAZA BAZUA, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

1. The presently scheduled date of January 10th, 2008 for Status Conference shall be vacated and said Hearing be rescheduled for January 24th, 2008 at 9:00 a.m..

2. The parties are currently engaged in negotiating a plea agreement in this case.  Due to Defendant's need for a Spanish speaking interpreter, defense counsel will require additional time and for the case to be continued to January 24th, 2008   in order that the Defendant be fully apprised of the consequences of a plea and will be able to intelligently participate in the Rule 11 colloquy.

/// ///

- 1 -

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and defense counsel's preparation (to allow sufficient time to review the proposed plea agreement with the defendant).

IT IS SO STIPULATED.

Dated:  January 7, 2008              /s/   Richard Bender
                                     Assistant U.S. Attorney
                                     for the Government


Dated:  January 7, 2008              /s/   Peter Kmeto
                                     Attorney for Defendant
                                     ANTONIO BARRAZA BAZUA

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the STATUS CONFERENCE be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until January 24TH 2008 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: January 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE