1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 318
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: ANTONIO BARRAZA BAZUA
5

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )      No. 2:07-cr-00420-MCE
                                       )
10             Plaintiff,              )
                                       )      STIPULATION AND ORDER
11     vs.                             )      CONTINUING JUDGEMENT
                                       )      AND SENTENCING HEARING
12                                     )
   ANTONIO BARRAZA BAZUA,              )
13                                     )
               Defendant.              )
14 _____)

15         Defendant, ANTONIO BARRAZA BAZUA, through his attorney, PETER

16 KMETO, and the United States of America, through its counsel of record,

17 RICHARD BENDER, stipulate and agree to the following:

18         1. The presently scheduled date of April 3,2008 for Judgement and

19 Sentencing  shall be vacated and said Hearing be rescheduled for May 1st ,

20 2008 at 9:00 a.m..

21         2. The Defendant wishes to seek the opinion of advisory counsel

22 regarding the sentencing issues in this case and desires the additional

23 time with which to consult with such attorney.

24
    IT IS SO STIPULATED.
25
   Dated:   April 1, 2008              /s/   Richard Bender
26                                     Assistant U.S. Attorney
                                       for the Government
27

28                                  - 1 -

Dated:  April 1,  2008                          /s/   Peter Kmeto
                                                Attorney for Defendant
                                                ANTONIO BARRAZA BAZUA

<u>ORDER</u>

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGEMENT AND SENTENCE be continued as set forth above.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -