PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ANTONIO BARRAZA BAZUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTONIO BARRAZA BAZUA,<br><br>　　　　Defendant. | No. 2:07-cr-00420-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING HEARING |

　　　Defendant, ANTONIO BARRAZA BAZUA, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

　　　1. The presently scheduled date of May 1, 2008 for Judgement and Sentencing shall be vacated and said Hearing be rescheduled for May 8th, 2008 at 9:00 a.m..

　　　2. The Defendant wishes to seek the opinion of advisory counsel regarding the sentencing issues in this case and desires the additional time with which to consult with such attorney.

　IT IS SO STIPULATED.

Dated:　April 29, 2008　　　　　　　　　　　/s/　Richard Bender
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　for the Government

- 1 -

Dated:  April 29, 2008          /s/  Peter Kmeto
                                Attorney for Defendant
                                ANTONIO BARRAZA BAZUA

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGEMENT AND SENTENCE be continued as set forth above.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE