PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ANTONIO BARRAZA BAZUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00420-MCE |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING HEARING |
| ANTONIO BARRAZA BAZUA, ) | |
| Defendant. ) | |

Defendant, ANTONIO BARRAZA BAZUA, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

1. The presently scheduled date of May 22nd, 2008 for Judgement and Sentencing shall be vacated and said Hearing be rescheduled for June 5th 2008 at 9:00 a.m..

2. The Defendant sought the opinion of advisory counsel regarding the sentencing issues in this case and desires the additional time with which to consult with said attorney.

IT IS SO STIPULATED.

Dated: May 20, 2008                    /s/   Richard Bender
                                       Assistant U.S. Attorney
                                       for the Government

- 1 -

Dated:  May 20, 2008                           /s/   Peter Kmeto
                                                          Attorney for Defendant
                                                          ANTONIO BARRAZA BAZUA

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGEMENT AND SENTENCE be continued as set forth above.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -