1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 318
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: ANTONIO BARRAZA BAZUA
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )    No. 2:07-cr-00420-MCE
                                      )
10              Plaintiff,            )
                                      )    STIPULATION AND ORDER
11       vs.                          )    CONTINUING JUDGEMENT
                                      )    AND SENTENCING HEARING
12                                    )
   ANTONIO BARRAZA BAZUA,             )
13                                    )
                Defendant.            )
14 _____)

15       Defendant, ANTONIO BARRAZA BAZUA, through his attorney, PETER

16 KMETO, and the United States of America, through its counsel of record,

17 RICHARD BENDER, stipulate and agree to the following:

18       1. The presently scheduled date of June 12th , 2008 for Judgement and

19 Sentencing  shall be vacated and said Hearing be rescheduled for June 26th

20 2008 at 9:00 a.m..

21       2. The Defendant wishes to determine whether he is "safety valve" eligible in

22 this case and desires the additional time with which to meet and confer with

23 the Assistant United States Attorney .

24  IT IS SO STIPULATED.

25 Dated:  June 10, 2008              /s/   Richard Bender
                                      Assistant U.S. Attorney
26                                    for the Government

27

28                           - 1 -

1

2      Dated:  June 10,  2008                         /s/   Peter Kmeto
                                                      Attorney for Defendant
3                                                     ANTONIO BARRAZA BAZUA

4
                                    ORDER
5
              UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered
6
       that the hearing for JUDGEMENT AND SENTENCE be continued as set forth
7
       above.
8
         Dated: June 13, 2008
9

10

11     _____
       MORRISON C. ENGLAND, JR.
12     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       - 2 -