McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO BARRAZA BAZUA,<br><br>　　　　　Defendant. | CASE NO. 2:07-cr-00420-MCE<br><br>**STIPULATION CONTINUING**<br>**SENTENCING DATE; ORDER** |

　　　　The sentencing of defendant Antonio Barraza Bazua is presently scheduled for June 26, 2008. Within the last month, the defendant has taken the position that he wishes to qualify for the two point reduction under the sentencing guidelines for the "safety valve." USSG § 5C1.2. The parties have attempted to process this request but ultimately disagreed on whether the defendant qualifies for safety valve treatment. Therefore, whether on not the defendant qualifies for safety valve treatment constitutes a sentencing issue that must be resolved prior to the final sentencing.

　　　　Upon consultation with defense counsel, the following briefing schedule on the safety valve issue has been agreed upon:

　　　　Defendant's Motion due:　　July 11, 2008

　　　　Government's Response:　　July 25, 2008

　　　　Defendant's optional reply:　　August 1, 2008

　　　　Hearing (non-evidentiary unless Court directs otherwise)

　　　　　　and Sentencing:　　August 14, 2008, at 9:00 a.m.

The parties agree that further referral to the Probation Department on this issue is not necessary nor useful given the issue involved.  Should the Court find that the defendant qualifies for safety valve treatment, the net effect would be to lower the offense level by 2 levels, which change is easily calculated, and any changes to the Presentence Report as a result of safety valve treatment can be noted in the record at the sentencing hearing.

Therefore, the parties request that the presently scheduled sentencing date be vacated and that the Court adopt the above noted schedule.

Dated:  June 25, 2008        McGREGOR W. SCOTT
                             U.S. Attorney

                               /s/ Richard Bender
                             RICHARD BENDER
                             Assistant U.S. Attorney

Dated: June 25,  2008           /s/ Richard Bender for
                             PETER KMETO
                             Attorney for Defendant
                             Eve Christine Wynne-Smith

IT IS SO ORDERED.

Dated:  June 30, 2008

                             _____
                             MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE