McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S 07-0420 MCE |
| Plaintiff, | **STIPULATION CONTINUING SENTENCING DATE; ORDER** |
| v. | |
| ANTONIO BARRAZA BAZUA, | |
| Defendant. | |

The government hereby requests a two week extension of time to submit its memorandum in opposition to the defendant's motion for "safety valve credit" in the application of Sentencing Guidelines to the defendant's case.  The reason for the request is that the time needed to prepare the response has exceeded the previous estimate and a previously scheduled family vacation prevents government counsel from finishing the response during the upcoming week.   Defense counsel has no objection to the proposed change and the Court's Deputy Clerk has cleared the proposed hearing date.

|  | Previous schedule | Proposed Schedule |
|---|---|---|
| Defendant's Motion Due: | Already Submitted | |
| Government's Response: | July 25, 2008 | August 11, 2008 |
| Defendant's optional reply: | August 1, 2008 | August 20, 2008 |
| Hearing (non-evidentiary) and Sentencing: | August 14, 2008 | August 28, 2008, at 9:00 a.m. |

1

Stipulation continuing sentencing hearing
in United States v. Antonio Barraza Bazua,
Cr. S 07-0420 MCE

    Therefore, the parties request that the above proposed schedule be adopted by the Court.

Dated: July 25, 2008           McGREGOR W. SCOTT
                                  U.S. Attorney

                                  /s/ Richard Bender
                                RICHARD BENDER
                                Assistant U.S. Attorney

Dated: July 25, 2008           /s/ Richard Bender for
                                PETER KMETO
                                Attorney for Defendant
                                Eve Christine Wynne-Smith

     IT IS SO ORDERED.

 Dated: August 4, 2008

                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE